THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**EOD**
10/24/2013

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TERRY DON HOWARD | § | CASE NO. 10-42836-R |
| XXX-XX-9479 | § | |
| 6301 EAGLESTONE DRIVE | § | CHAPTER 13 |
| MCKINNEY, TX  75070 | § | |
| | § | |
| GAIL GIPSON HOWARD | § | |
| XXX-XX-7963 | § | |
| | § | |
| DEBTORS | § | |

## ORDER DISMISSING CHAPTER 13 CASE WITH RETENTION OF JURISDICTION

On October 23, 2013, came on for hearing the Motion to Dismiss (the "Motion") filed by Janna L. Countryman, the Standing Chapter 13 Trustee, in the above referenced case. The Court finds that appropriate notice of the Motion and the hearing was given according to the Federal and Local Rules of Bankruptcy Procedure. The Court further finds that this case should be dismissed for the reasons stated in the Motion. The Court also recognizes that a Motion for Administrative Expenses, or an equivalent thereof, filed by the Debtors' attorney is currently pending before the Court or may be filed within the next fourteen (14) days. Accordingly, pursuant to the authority expressed in *Querner v. Querner (In re Querner)*, 7 F.3d 1199 (5th Cir. 1993), the Court finds that just cause exists for the entry of the following order.

IT IS THEREFORE ORDERED that the above referenced Chapter 13 case is hereby DISMISSED; provided, however, that this case shall remain open and the Court shall retain jurisdiction to entertain and to determine all requests for relief, whether raised sua sponte or by any party in interest, pertaining to the compensation to be paid to the Debtors' counsel, so long as any such request is filed before the expiration of fourteen (14) days after the entry of this order, and to enter any order pertaining thereto which may be appropriate under the circumstances.

IT IS FURTHER ORDERED that any wage withholding orders previously entered in this case are hereby terminated.

IT IS FURTHER ORDERED that any funds remaining on deposit with the Chapter 13 Trustee shall be distributed in accordance with the provisions of the confirmed plan.

Signed on 10/24/2013

*Brenda T. Rhoades*     SD
_____
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

PLA_Order_DismissPostConfNoPrej